# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLYTHE TOWNSHIP and FKV, LLC,<br>　　　　Plaintiffs<br><br>　　　v.<br><br>JAMES LARISH, MICHAEL PETROZINO, TOM BRENNAN, JOHN BURKE, VALERIA DAVIS, WILLIAM DEMPSEY and JOHN HOUSEKNECHT,<br>　　　　Defendants/<br>　　　　Third-Party Plaintiffs<br><br>　　　v.<br><br>JOHN DOE, UNKNOWN REPRESENTATIVES OR OFFICIALS OF THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION,<br>　　　　Third-Party Defendants | 3:13cv237<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 25th day of November 2013, the court hereby **DISMISSES** plaintiffs' complaint (Doc. 1) *sua sponte* because it is not ripe for adjudication. This dismissal is without prejudice to the filing of another case at the appropriate time. The Clerk of Court is directed to close this case.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　s/ James M. Munley
　　　　　　　　　　　　　　　　**JUDGE JAMES M. MUNLEY**
　　　　　　　　　　　　　　　　**United States District Court**